No. 8,172.—VIC HENDRICKSON, Plaintiff, *v.* POWELL COUNTY, ITS BOARD OF COUNTY COMMISSIONERS AND THE TRUSTEES OF POWELL COUNTY HIGH SCHOOL, Defendants.

Decided December 7, 1940.

PER CURIAM.—Original application to enjoin defendants from taking any further action in connection with the sale and issuance of bonds for the construction of a gymnasium in connection with the Powell County High School at Deer Lodge, Montana. After due consideration of the application it is ordered that the proceeding be dismissed, it not disclosing the existence of an emergency warranting the court in taking jurisdiction thereof as a court of first instance.

*Messrs. Murphy & Whitlock,* for Plaintiff.

No. 8,127.—In re ESTATE OF JOSEPH KESL, Deceased. PETER BRANSON and AGNES KESL CLOW, Respondents, *v.* HERMAN SCHNACK and HUGH LYNCH, Executors, Appellants.

Decided December 13, 1940.

PER CURIAM.—By the unanimous action of the court, it is hereby ordered that the respondents' motion to dismiss the appeal herein, be, and the same is hereby, granted and the appeal is accordingly dismissed.

*Mr. Lester H. Loble* and *Mr. Hugh R. Adair,* for Respondents.

*Mr. F. F. Haynes,* for Appellants.